No. 67114.—Ace Import Co., Inc., et al. *v.* United States, protests 61/10942, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

No. 67115.—Cavalier Shipping Co., Inc. *v.* United States, protest 61/11273 (Norfolk).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of mosaics, imported for the use of a religious organization, substantially similar to those the subject of Abstracts 66735 and 66736, the claim of the plaintiff was sustained.

No. 67116.—Joseph Markovits, Inc. *v.* United States, protest 60/2806 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.